IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

CHARLES RICE,                          )
                                       )
          Plaintiff,                   )
                                       )
     v.                                )          CV 321-004
                                       )
TIM WARD, Commissioner; DIRECTOR       )
SHEPPARD; JERMAINE WHITE, Warden;      )
DEPUTY WARDEN WICKER; DEPUTY           )
WARDEN KEITH; and DEPUTY WARDEN        )
BEASLEY,                               )
                                       )
          Defendants.                  )

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 8.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's requests to proceed *in forma pauperis*, (doc. nos. 2, 5), **DENIES AS MOOT** Plaintiff's motion for appointment of counsel, (doc. no. 3), and **DISMISSES** this action without prejudice. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit, which would require submission of a new complaint. See Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002) (*per curiam*).

SO ORDERED this 22nd day of March, 2021, at Augusta, Georgia.

_____

UNITED STATES DISTRICT JUDGE